UNITED STATES COURT OF APPEALS

FOR THE THIRD CIRCUIT

_____

No. 22-3027

_____

In re: COGNIZANT TECHNOLOGY SOLUTIONS CORP DERIVATIVE LITIGATION

Josh Schaufelberger, Brian Hayden, Tim Keeley, Robert Calhoun, Glyn Ramage, Robert Green, Steven Tyler, and Michael Testerman, in their capacities as Trustees of the Employers and Laborers Locals 100 and 397 Pension Fund; John Lautzenheiser; Michael S. Graniero III; James B. Hoy, as Trustee and Beneficiary of the James B. Hoy & Marjorie A. Hoy TTEES FBO Marjorie A. Hoy Rev Liv Trust,

                                                                                                        Appellants

On Appeal from the United States District Court

for the District of New Jersey

(D.C. No.2-17-cv-01248)

PRESENT: CHAGARES, *Chief Judge*, JORDAN, HARDIMAN, KRAUSE, RESTREPO, BIBAS, PORTER, MATEY, PHIPPS, FREEMAN, MONTGOMERY-REEVES, and CHUNG, *Circuit Judges*

**ORDER SUA SPONTE REHEARING EN BANC**

A majority of the active judges who are not disqualified in the above captioned case have determined that the case is controlled by prior decisions of the court which may warrant reconsideration. In accordance with 3rd Cir. I.O.P. 9.4.1, the Court sua sponte orders rehearing en banc in the above captioned case.

The parties shall submit supplemental briefing addressing whether the Court should reconsider its precedent with respect to the standard of review applied to District Court demand futility determinations under Federal Rule of Civil Procedure 23.1. *See Freedman v. Redstone*, 753 F.3d 416, 423 (3d Cir. 2014); *Kanter v. Barella*, 489 F.3d 170, 175 (3d Cir. 2007); *Blasband v. Rales*, 971 F.2d 1034, 1039-40 (3d Cir. 1992). The parties should also discuss whether the applicable standard of review is dispositive of this appeal. The briefs shall be no longer than 3,000 words and must be filed on or before March 25, 2024 at 5:00 p.m. E.D.T.

By the Court,

s/ Michael A. Chagares
Chief Judge

Dated: March 12, 2024

CJG/JK/cc:   All Counsel of Record